Helen Bruszewski, plaintiff in error, v. Victor Neamond, defendant in error. Gen. No. 34,554.

 Opinion filed March 24, 1931. Rehearing denied April 6, 1931.

Joseph A. Weber, for plaintiff in error. Willard C. Lindsay, for defendant in error; B. M. Shaffner, of counsel.

Mr. Justice Gridley delivered the opinion of the court.